# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
(Name1) James Frederick ) Case No. 0939637
(Address1) 2097 Woodlawn Rd ) Chapter 13
Woodlawn TN 37191 )
Debtor

(Name2) Elizabeth Frederick )
(Address2) 2097 Woodlawn Rd )
Woodlawn TN 37191 )
Joint Debtor

## DOMESTIC SUPPORT OBLIGATION CERTIFICATE

Pursuant to 11 U.S.C. § [1228(a) or 1328(a)], the above named Debtor(s) certify(ies):

___✓___ there is no judicial or administrative order or statute that requires Debtors(s) to pay a domestic support obligation; or,

_____ there is a judicial or administrative order or statute that requires Debtor(s) to pay a domestic support obligation(s), and all amounts payable that are due as of this date (including amounts due before the petition, to the extent provided for by the plan) have been paid.

_James Frederick_
(Debtor)

_April 18-12_
(Date)

_Elizabeth Frederick_
(Joint Debtor)

_April 18-12_
(Date)